1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   MONIQUE M. JIMENEZ,                    No. CIV S-09-0221-CMK

12                    Plaintiff,

13          vs.                             <u>ORDER</u>

14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                     Defendant.
16
     _____/
17

18          Plaintiff, who is proceeding with retained counsel, brings this action for judicial

19   review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On

20   February 10, 2010, the court directed plaintiff to show cause in writing why this action should

21   not be dismissed for failure to file a dispositive motion within the time provided by the

22   scheduling order.  On March 12, 2010, plaintiff responded to the order to show cause by

23   / / /

24   / / /

25   / / /

26   / / /

requesting an extension of time to March 15, 2010, to file a dispositive motion. Good cause appearing therefor, the order to show cause is discharged and the time to file plaintiff's dispositive motion is extended to March 19, 2010.

           IT IS SO ORDERED.


DATED: March 17, 2010

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE