1 BENJAMIN B. WAGNER
United States Attorney
2 LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
3 Social Security Administration
KATHRYN R. WATSON
4 Special Assistant United States Attorney

5    333 Market Street, Suite 1500
   San Francisco, California 94105
6    Telephone: (415) 977-8928
   Facsimile: (415) 744-0134
7    E-Mail: Kathryn.Watson@ssa.gov

8 Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| MONIQUE M. JIMENEZ, )<br>)<br>   Plaintiff, )<br>)<br>      v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>)<br>   Defendant. )<br>_____) | CIVIL NO. 2:09-CV-0221-CMK<br><br>STIPULATION AND ORDER TO EXTEND TIME |

     IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and with the permission of the Court as evidenced below, that the time for responding to Plaintiff's Motion for Summary Judgment be extended 45 days from April 16, 2010 to May 31, 2010. This is Defendant's first request for an extension of time to respond to Plaintiff's motion.

//
//
//
//
//

Defendant needs the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: April 15, 2010         */s/ Bess M. Brewer*
                              (As authorized via email)
                              BESS M. BREWER
                              Attorney for Plaintiff

Dated: April 15, 2010         BENJAMIN B. WAGNER
                              United States Attorney
                              LUCILLE GONZALES MEIS
                              Regional Chief Counsel, Region IX
                              Social Security Administration

                              */s/ Kathryn R. Watson*
                              KATHRYN R. WATSON
                              Special Assistant United States Attorney
                              Social Security Administration

## ORDER

**IT IS SO ORDERED:**

DATED: April 21, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE