BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
KATHRYN R. WATSON
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8928
    Facsimile:  (415) 744-0134
    E-Mail: Kathryn.Watson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| MONIQUE M. JIMENEZ,<br><br>    Plaintiff,<br><br>       v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:09-CV-0221-CMK<br><br>STIPULATION AND ORDER TO EXTEND TIME |

    IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and with the permission of the Court as evidenced below, that the time for responding to Plaintiff's Motion for Summary Judgment be extended 30 days from June 1, 2010 to July 1, 2010.

//
//
//
//

Defendant needs the additional time to further review the defensibility of the case and prepare a response in this matter.

Respectfully submitted,

Dated: June 1, 2010                    /s/ Bess M. Brewer
                                       (As authorized via email)
                                       BESS M. BREWER
                                       Attorney for Plaintiff

Dated: June 1, 2010                    BENJAMIN B. WAGNER
                                       United States Attorney
                                       LUCILLE GONZALES MEIS
                                       Regional Chief Counsel, Region IX
                                       Social Security Administration

                                       /s/ Kathryn R. Watson
                                       KATHRYN R. WATSON
                                       Special Assistant United States Attorney
                                       Social Security Administration

## ORDER

**IT IS SO ORDERED:**

DATED: June 2, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE