1  BENJAMIN B. WAGNER
United States Attorney
2  LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
3  KATHRYN R. WATSON
Special Assistant United States Attorney
4  California Bar No.  244142
      333 Market Street, Suite 1500
5        San Francisco, California 94105
      Telephone:  (415) 977-8928
6        Facsimile:  (415) 744-0134
      E-Mail:  kathryn.watson@ssa.gov
7
Attorneys for Defendant
8
9  UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
10  SACRAMENTO DIVISION
11
MONIQUE M. JIMINEZ,      )
12                        )      Case No. 2:09-CV-0221 CMK
                      )
13          v.              )      STIPULATION AND ORDER FOR
                      )      REMAND
14  MICHAEL J. ASTRUE,      )
Commissioner of          )
15  Social Security,         )
                      )
16        Defendant.      )
_____)
17
18        IT IS HEREBY STIPULATED, by and between the parties, through their respective

19  counsel of record, that this action be remanded to the Commissioner of Social Security for further

20  administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42

21  U.S.C. § 405(g), sentence four.

22        On remand, the Appeals Council will instruct the Administrative Law Judge to take

23  the following actions: conduct a new hearing; further evaluate the evidence, including the statements

24  provided by third parties in accordance with provisions of SSR 96-7p and SSR 06-3p; reconsider the

25  claimant's maximum RFC; and obtain supplemental vocational expert testimony to assist in

26  //

27  //

28  //

1  determining Plaintiff's ability to perform past relevant work or any other work in significant numbers.

2

3                                                    Respectfully submitted,

4  Dated: June 14, 2010                         */s/ Bess M. Brewer*
                                                     (As authorized by email)
5  _____            BESS M. BREWER
                                                     Attorney for Plaintiff

6  Dated: June 14, 2010

7                                                    Respectfully submitted,

8                                                    BENJAMIN B. WAGNER
                                                     United States Attorney
9                                                    LUCILLE GONZALES MEIS
                                                     Regional Chief Counsel, Region IX
10                                                   Social Security Administration

11
                                         By      */s/ Kathryn R. Watson*
12                                                   KATHRYN R. WATSON
                                                     Special Assistant United States Attorney
13
                                                     Attorneys for Defendant
14

15                                                **ORDER**

16  **IT IS SO ORDERED:**

17

18   DATED: June 15, 2010

19                                          _____
                                                     **CRAIG M. KELLISON**
20                                                   UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28
                                                                  Stipulation for Remand
                                                     2            2:09-CV-0221 CMK